Adams *v.* The Bank of Stewart County.

1. In a joint action against the maker and the indorsers of a promissory note, the verdict being for the plaintiff as against the indorsers but for the other defendant, the maker, and the plaintiff having moved for a new trial, it was no cause to dismiss the motion, at the instance of the maker, that service of the motion was not made upon the indorsers. As the contract of the maker and that of the indorsers were separate and distinct contracts, a new trial could be granted as to the maker without setting aside the verdict as to the indorsers.
2. The general rule as to the first grant of a new trial applies.

April 9, 1894.   Argued at the last term.          *Judgment affirmed.*

Complaint on note. Before Judge Butt. Talbot superior court. March term, 1893.

Peabody, Brannon Hatcher & Martin, for plaintiff in error.

Watts & Hickey and Thornton & McMichael, *contra.*

---

Flournoy & Epping *v.* Stevens.

This being the grant of a first new trial, though the grant was made on terms with which the prevailing party refused to comply, the case is left to abide the general rule, without either approving or disapproving the terms prescribed by the trial judge.

August 14, 1894.          *Judgment affirmed.*

Complaint on account. Before Judge Bartlett. Terrell superior court. May term, 1893.

Peabody, Brannon, Hatcher & Martin, J. W. Walters and Hoyl & Parks, for plaintiffs.

Wooten & Wooten, for defendant.

---

Cook *v.* Childers.

1. By arguing the motion for a new trial, without moving to dismiss the same for failure to file a brief of evidence in due time, the respondent in the motion waived this matter of objection, and con-